M
w/ order

ORIGINAL

# SEALED

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 MAR -5  PM 1: 56

DEPUTY CLERK CM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TINA HAIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> RRSA (COMMERCIAL DIVISION), LLC; ROOFING & RESOTRATION SERVIES OF AMERICA, LLC; RRSA COMMERCIAL ROOFING, INC.; HAIGHT CONSTRUCTION MANAGEMENT SERVICES, INC.; TURCO CONSTRUCTION INC.; ANDREW'S ROOFING & RESTORATION; CLARK BUILDERS GROUP, LLC; HUNT COMPANIES, INC.; LEND LEASE (US) CONSTRUCTION, INC.; LEND LEASE (US) PUBLIC PARTNERSHIPS HOLDINGS, LLC; LINCOLN PROPERTY COMPANY; HARPER CONSTRUCTION COMPANY, INC.; WALSH CONSTRUCTION COMPANY; COREY S. SANCHEZ; JON R. SEYMORE; JENNIFER N. SEYMORE; RONALD SCOTT NICHOLS; AND JOHN DOES #1-50, FICTITIOUS NAMES, <br><br> Defendants. | Civil Action No. 3:16-CV-1975-M <br><br><br> <u>FILED IN SEALED CASE</u> |

## UNITED STATES OF AMERICA'S NOTICE
## <u>THAT IT IS NOT INTERVENING AT THIS TIME</u>

1.      The intervention deadline in this case is March 4, 2018.  The United States of America (United States) notifies the Court that it is not intervening at this time, but that its investigation of the allegations will continue.

2.      Although the United States is not intervening at this time, the government respectfully refers the Court to the provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), which permit a relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the Court and the Attorney General give written consent to the dismissal and their reasons for consenting." The United States requests that, should either relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval of such a request.

3.      The United States further requests that pursuant to 31 U.S.C. § 3730(c)(3), should this case continue, relator and defendants serve all pleadings filed in this action upon the United States and all Orders issued by the Court also be sent to the undersigned government's counsel.

4.      The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause shown, at a later date pursuant to 31 U.S.C. § 3730(c)(3).

5.      The United States finally requests that only the complaint, this notice, and the Court's accompanying Order be unsealed and served upon defendants.  The United States asks that all other materials in this matter (including, but not limited to, any applications and accompanying memoranda filed by the United States for an extension of

time in which to intervene or for any other reason) remain under seal and not be made

public or served on defendants at any time because in discussing the content and extent of

the United States's investigation, such papers are provided by law to the Court alone for

the sole purpose of evaluating whether the seal and time for making an election to

intervene should be extended.

6.     A proposed Order accompanies this notice.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

CLAY R. MAHAFFEY
Assistant United States Attorney
Wyoming State Bar No. 6-3355
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8600
Facsimile:  214-659-8807
Email: clay.mahaffey@usdoj.gov
Email:  scott.hogan@usdoj.gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on March __5__ , 2018, a copy of the foregoing pleading and proposed Order were mailed by first class mail to counsel for relator:

Andrew M. Miller
W. Scott Simmer
600 New Hampshire Ave., NW, Ste. 10A
Washington, DC 20037

 

_____
CLAY R. MAHAFFEY
Assistant United States Attorney