# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. TINA HAIGHT, <br> Plaintiff, <br> v. <br> RRSA (COMMERCIAL DIVISION) LLC, et al., <br> Defendants. | § § § § § § § § § | CASE NO. 3:16-CV-1975-S <br><br> **FILED UNDER SEAL** |

## ORDER

The United States of America has advised the Court that it will not intervene in this action [ECF No. 16]. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), it is hereby ordered that:

1.    the Complaint be unsealed and served upon Defendants by Relator in accordance with FED. R. CIV. P. 4;

2.    all other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants, except for this Order and the Notice of the United States that it is not intervening at this time, which Relator shall serve upon Defendants only after service of the Complaint;

3.    the seal be lifted as to all other matters occurring in this action after the date of this Order;

4.    the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5.    all orders of this Court will be sent to the United States; and

6.  should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**SO ORDERED.**

SIGNED May 14, 2019.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**