IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TINA HAIGHT, § § § § Plaintiff-Relator, § § v. § § RRSA (COMMERCIAL DIVISION), LLC; *et al.*, § § Defendants. § § § | Civil Action No. 3:16-CV-1975-S |

## ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT RONALD SCOTT NICHOLS

COME NOW Ryan M. Kunhart, Heather S. Voegele Anson and Gretchen L. McGill of Dvorak Law Group, LLC and hereby enter their appearance as counsel of record for Defendant Ronald Scott Nichols in the above-captioned matter.

Dated this 12th day of February, 2021.

Respectfully submitted,

**DVORAK LAW GROUP, LLC**

By: */s/ Gretchen L. McGill*
Ryan M. Kunhart
State Bar No. 24107403
Heather S. Voegele Anson (*pro hac vice*)
hvoegele@ddlawgroup.com
Gretchen L. McGill (*pro hac vice*)
gmcgill@ddlawgroup.com
9500 W. Dodge Rd., Ste. 100
Omaha, NE 68132
Telephone: (402) 934-4770
Telecopier: (402) 933-9630

ATTORNEYS FOR DEFENDANT
RONALD SCOTT NICHOLS

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of February, 2021, the foregoing document was electronically filed with the Clerk of the Court using the EDMS system, which sent notification of said filing to all counsel of record.

                                                   */s/ Gretchen L. McGill*
                                                   Gretchen L. McGill