# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* TINA HAIGHT | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:16-CV-1975-S |
| RRSA (COMMERCIAL DIVISION), LLC, et al. | § § § | |

## ORDER

This Order addresses Relator's Motion for Temporary Stay [ECF No. 138]. Having reviewed and considered the Motion, Defendants' Response [ECF No. 142], Relator's Reply [ECF No. 144], and the documents filed in support thereof, the Court **GRANTS** the Motion. The deadlines provided in the October 27, 2020 Amended Scheduling Order [ECF No. 82] are **TEMPORARILY STAYED** pending the Court's ruling on Defendants' Motion to Dismiss ("Motion to Dismiss") [ECF No. 115]. Within 30 days of the Court's ruling on the Motion to Dismiss, the parties shall mediate this case before the Court-appointed Mediator and shall submit a new proposed agreed scheduling order.

**SO ORDERED.**

SIGNED April 5, 2021.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**